AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia
Richmond Division

OCT - 5 2010
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

Courtney A. Fisher )
)
*Plaintiff* )
v. ) Civil Action No. 3:10-cv- 605
Equifax Information Services, LLC, et al )
)
*Defendant* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Equifax Information Services, LLC
r/a Corporation Service Company
11 S. 12th St.
Richmond, VA 23218

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jason M. Krumbein
1650 Willow Lawn Drive, Suite 300
Richmond, VA 23230

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*
Fernando Galindo, Clerk

Date: AUG 2 5 2010

*Signature of Clerk or Deputy Clerk*

# CERTIFICATE
# OF
# CORPORATION SERVICE COMPANY

**THIS CERTIFICATE MADE** pursuant to Subsection 2(b) of Section 13.1-634, Subsection 2(b) of Section 13.1-763, Subsection 2(b) of Section 13.1-1015 and Section 50-73.4 of the Virginia Code.

**CORPORATION SERVICE COMPANY**, a corporation authorized *to do business in the* Commonwealth of Virginia, does hereby certify that:

1. It is incorporated under the Laws of the State of Delaware and was authorized to do business in Virginia on June 1, 2001.

2. (a) It maintains a business office in the Commonwealth of Virginia at *11 South 12th Street, P.O. Box 1463, Richmond, Virginia, 23219.*

   (b) Service of process may be made at such business office in the City of Richmond upon corporations, limited liability companies, partnerships, trusts and other entities, associations and persons which have designated it as agent for service of process.

   (c) The names of the individuals authorized to receive process served upon Corporation Service Company as the agent for service of process of any corporations, limited liability companies, partnerships, trust and other entities, associations and persons which have designated it as such agent are:

   | | | |
   |---|---|---|
   | Beverley L. Crump | Rene Nordquist | Meda Sterrett |
   | Nicole T. McCallum | Pamela Frazier | Linda B. Liles |
   | Amy Tarker | Janet Taylor | Kari Childress |
   | John Isom | | |

**WHEREFORE**, Corporation Service Company has caused its corporate name to be hereunto subscribed this 27th day of August 2010.

CORPORATION SERVICE COMPANY

BY: _____
George A. Massih III, Vice President

STATE OF DELAWARE
COUNTY OF NEW CASTLE

The foregoing instrument was acknowledged before me this 24 day of August 2010, by George A. Massih III.

_____
Notary Public

My Commission Expires: 8-5-12

## The Marston Agency, Inc.
11535 Nuckols Road, Suite A
Glen Allen, VA 23059
(800) 308-7790 - (804) 967-9300 (Richmond)

09/23/10

### RETURN ON SERVICE

| | | | |
|---|---|---|---|
| **Plaintiff:** | Courtney A. Fisher | **Court:** | United States District Court |
| **Defendant:** | Equifax Information Services, LLC, et al | **Case:** | 3:10-cv-605 |
| **Serve:** | Equifax Information Services, LLC<br>Corporation Service Co, R/A<br>11 S 12th St<br>Richmond, VA 23218 | **Return Date:**<br>**Time:** | |
| **Contact:** | Jason M. Krumbein<br>1650 Willow Lawn Drive<br>Suite 300<br>Richmond, VA 23230 | **Phone:** | 8046734358 |

**Type(s) of Writ(s)**    paper:1217010

Subpoena in a Civil Case

Witness/Defendant Equifax Information Services, LLC was served according to law, as indicated below:

( ) **PERSONAL** By delivering a copy of the above described process in writing to him/her in person.

( ) **SUBSTITUTE** Being unable to make personal service and not finding the above mentioned person at his/her usual place of abode by delivering a copy of the said process and giving information of it's purport at his usual place of abode to _____ who is a member of his/her family and is the _____ of the above mentioned person, other than a temporary sojourner or guest, and who is the age of 16 years or older.

( ) **POSTED** Being unable to make a personal service and not finding the above mentioned person at his/her usual place of abode nor any member of his/her family the age of 16 years or older at said abode by posting a copy of such process at the front door or at such other door as appears to be the main entrance of such place of abode.

(X) **BUSINESS** At usual place of business or employment during business hours, by delivering the above specified paper(s) and giving information of it's purport to the person found there in charge of such business or place of employment.

( ) Copy mailed to judgement debtor on the date below after serving the garnishee unless a different date is shown below.

( ) Certified Mail

( ) Not Found

( ) Served on Secretary of the Commonwealth

I, _C. Busby_ hereby certify under penalty of perjury that I am over the age of 18 and not a party or otherwise interested in the subject matter in controversy.

**Served Date:** 9-27-10    **Served Time:** 1130

**Signature of Process Server**

**Notary**

**State of:** Virginia    **County/City of:** (Henrico) Norfolk, Prince William.

I, the undersigned, a Notary Public in and for the above-mentioned jurisdiction, hereby certify that before me appeared the Process Server, who, under oath, stated that service was made as stated above. Sworn and subscribed before me this 28 day of Sep/Oct 20 10

**Notary Public:**

| Type of Service: A | Auth Attempts: 1 | Order: 212557 | 1 Day Rush: No | 2 Day Rush: No | | |
|---|---|---|---|---|---|---|
| Attempts | -1- | -2- | -3- | -4- | -5- | -6- |
| Date: | | | | | | |
| Time: | | | | | | |
| Server: | | | | | | |

**REMARKS -**

Rene Nordquist, per affidavit

```
VICKY R. MARSTON
NOTARY PUBLIC
REG. #237199
COMMONWEALTH OF VIRGINIA
MY COMMISSION EXPIRES DEC. 31, 2013
```

AO 440 (Rev. 12/09) Summons in a Civil Action

## UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia
Richmond Division

FILED
OCT -5 2010
CLERK, U.S. ...
RIC... VA

Courtney A. Fisher )
)
*Plaintiff* )
)
v. ) Civil Action No. 3:10-cv- 605
Equifax Information Services, LLC, et al )
)
*Defendant* )

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Experian Information Services, INC
R/A David N. Anthony, Esq.
Troutman Sanders
1001 Haxall Pt.
Richmond, VA 23219

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jason M. Krumbein
1650 Willow Lawn Drive, Suite 300
Richmond, VA 23230

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

**Fernando Galindo, Clerk**

Date: AUG 2 5 2010          *[signature]*

*Signature of Clerk or Deputy Clerk*

## The Marston Agency, Inc.
11535 Nuckols Road, Suite A
Glen Allen, VA 23059
(800) 308-7790 - (804) 967-9300 (Richmond)

09/23/10

### RETURN ON SERVICE

| | | | |
|---|---|---|---|
| **Plaintiff:** | Courtney A. Fisher | **Court:** | United States District Court |
| **Defendant:** | Equifax Information Services, LLC, et al | **Case:** | 3:10-cv-605 |
| **Serve:** | Experian Information Services, Inc.<br>David N. Anthony, R/A<br>1001 Haxall Point<br>Richmond, VA 23219 | **Return Date:**<br>**Time:** | |
| **Contact:** | Jason M. Krumbein<br>1650 Willow Lawn Drive<br>Suite 300<br>Richmond, VA 23230 | **Phone:** | 8046734358 |

**Type(s) of Writ(s)**                                                                                              paper:1217012

Subpoena in a Civil Case

Witness/Defendant Experian Information Services, Inc. was served according to law, as indicated below:
(X) **PERSONAL** By delivering a copy of the above described process in writing to him/her in person.
( ) **SUBSTITUTE** Being unable to make personal service and not finding the above mentioned person at his/her usual place of abode by delivering a copy of the said process and giving information of it's purport at his usual place of abode to _____ who is a member of his/her family and is the _____ of the above mentioned person, other than a temporary sojourner or guest, and who is the age of 16 years or older.
( ) **POSTED** Being unable to make a personal service and not finding the above mentioned person at his/her usual place of abode nor any member of his/her family the age of 16 years or older at said abode by posting a copy of such process at the front door or at such other door as appears to be the main entrance of such place of abode.
( ) **BUSINESS** At usual place of business or employment during business hours, by delivering the above specified paper(s) and giving information of it's purport to the person found there in charge of such business or place of employment.
( ) Copy mailed to judgement debtor on the date below after serving the garnishee unless a different date is shown below.
( ) Certified Mail
( ) Not Found
( ) Served on Secretary of the Commonwealth

I, _E C Tutwiler_ hereby certify under penalty of perjury that I am over the age of 18 and not a party or otherwise interested in the subject matter in controversy.

Served Date: 9-27-10     Served Time: 11:45

_____
Signature of Process Server

State of: Virginia                     Notary County/City of: Henrico, Norfolk, Prince William.

I, the undersigned, a Notary Public in and for the above-mentioned jurisdiction, hereby certify that before me appeared the Process Server, who, under oath, stated that service was made as stated above. Sworn and subscribed before me this 28 day of Sep/Oct 20 10

Notary Public: _____

Type of Service: A   Auth Attempts: 1   Order: 212557   1 Day Rush: No   2 Day Rush: No

| Attempts | -1- | -2- | -3- | -4- | -5- | -6- |
|---|---|---|---|---|---|---|
| Date: | | | | | | |
| Time: | | | | | | |
| Server: | | | | | | |

**REMARKS -**

```
VICKY R. MARSTON
NOTARY PUBLIC
REG. #237199
COMMONWEALTH OF VIRGINIA
MY COMMISSION EXPIRES DEC. 31, 2013
```

AO 440 (Rev. 12/09) Summons in a Civil Action

## UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia
Richmond Division

| | | |
|---|---|---|
| Courtney A. Fisher | ) | |
| *Plaintiff* | ) ) ) | |
| v. | ) | Civil Action No. 3:10-cv-605 |
| Equifax Information Services, LLC, et al | ) ) ) | |
| *Defendant* | ) | |

OCT - 5 2010
CLERK, U.S. [DISTRICT COURT]
RICHMOND, VA

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Trans Union, LLC
r/a Corporation Service Company
11 S. 12th St.
Richmond, VA 23218

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days *if you* are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jason M. Krumbein
1650 Willow Lawn Drive, Suite 300
Richmond, VA 23230

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*
**Fernando Galindo, Clerk**

Date: AUG 2 5 2010

*Signature of Clerk or Deputy Clerk*

# CERTIFICATE
# OF
# CORPORATION SERVICE COMPANY

**THIS CERTIFICATE MADE** pursuant to Subsection 2(b) of Section 13.1-634, Subsection 2(b) of Section 13.1-763, Subsection 2(b) of Section 13.1-1015 and Section 50-73.4 of the Virginia Code.

**CORPORATION SERVICE COMPANY**, a corporation authorized to do business in the Commonwealth of Virginia, does hereby certify that:

1. It is incorporated under the Laws of the State of Delaware and was authorized to do business in Virginia on June 1, 2001.

2. (a) It maintains a business office in the Commonwealth of Virginia at 11 South 12th Street, P.O. Box 1463, Richmond, Virginia, 23219.

   (b) Service of process may be made at such business office in the City of Richmond upon corporations, limited liability companies, partnerships, trusts and other entities, associations and persons which have designated it as agent for service of process.

   (c) The names of the individuals authorized to receive process served upon Corporation Service Company as the agent for service of process of any corporations, limited liability companies, partnerships, trust and other entities, associations and persons which have designated it as such agent are:

| | | |
|---|---|---|
| Beverley L. Crump | Rene Nordquist | Meda Sterrett |
| Nicole T. McCallum | Pamela Frazier | Linda B. Liles |
| Amy Tarker | Janet Taylor | Kari Childress |
| John Isom | | |

**WHEREFORE**, Corporation Service Company has caused its corporate name to be hereunto subscribed this 27th day of August 2010.

CORPORATION SERVICE COMPANY

BY: _____
George A. Massih III, Vice President

STATE OF DELAWARE
COUNTY OF NEW CASTLE

The foregoing instrument was acknowledged before me this 24 day of August 2010, by George A. Massih III.

_____
Notary Public

My Commission Expires: 8-5-12

## The Marston Agency, Inc.
11535 Nuckols Road, Suite A
Glen Allen, VA 23059
(800) 308-7790 - (804) 967-9300 (Richmond)

### RETURN ON SERVICE

09/23/10

| | | | |
|---|---|---|---|
| **Plaintiff:** | Courtney A. Fisher | **Court:** | United States District Court |
| **Defendant:** | Equifax Information Services, LLC, et al | **Case:** | 3:10-cv-605 |
| **Serve:** | Trans Union, LLC<br>c/o Corporation Service Co, R/A<br>11 S 12th St<br>Richmond, VA 23218 | **Return Date:**<br>**Time:** | |
| **Contact:** | Jason M. Krumbein<br>1650 Willow Lawn Drive<br>Suite 300<br>Richmond, VA 23230 | **Phone:** | 8046734358 |

**Type(s) of Writ(s)**   paper:1217011

Subpoena in a Civil Case

Witness/Defendant Trans Union, LLC was served according to law, as indicated below:
( ) **PERSONAL** By delivering a copy of the above described process in writing to him/her in person.
( ) **SUBSTITUTE** Being unable to make personal service and not finding the above mentioned person at his/her usual place of abode by delivering a copy of the said process and giving information of it's purport at his usual place of abode to _____ who is a member of his/her family and is the _____ of the above mentioned person, other than a temporary sojourner or guest, and who is the age of 16 years or older.
( ) **POSTED** Being unable to make a personal service and not finding the above mentioned person at his/her usual place of abode nor any member of his/her family the age of 16 years or older at said abode by posting a copy of such process at the front door or at such other door as appears to be the main entrance of such place of abode.
(X) **BUSINESS** At usual place of business or employment during business hours, by delivering the above specified paper(s) and giving information of it's purport to the person found there in charge of such business or place of employment.
( ) Copy mailed to judgement debtor on the date below after serving the garnishee unless a different date is shown below.
( ) Certified Mail
( ) Not Found
( ) Served on Secretary of the Commonwealth

I, _C. Duby_ hereby certify under penalty of perjury that I am over the age of 18 and not a party or otherwise interested in the subject matter in controversy.

**Served Date:** 9-27-10   **Served Time:** 1130

Signature of Process Server

**State of:** Virginia   **Notary County/City of:** Henrico, Norfolk, Prince William.

I, the undersigned, a Notary Public in and for the above-mentioned jurisdiction, hereby certify that before me appeared the Process Server, who, under oath, stated that service was made as stated above. Sworn and subscribed before me this 28 day of Sep/Oct 20 10

Notary Public:

| Type of Service: A | Auth Attempts: 1 | Order: 212557 | 1 Day Rush: No | 2 Day Rush: No | | |
|---|---|---|---|---|---|---|
| Attempts | -1- | -2- | -3- | -4- | -5- | -6- |
| Date: | | | | | | |
| Time: | | | | | | |
| Server: | | | | | | |

**REMARKS -**

Rene Nordquist, per affidavit

```
VICKY R. MARSTON
NOTARY PUBLIC
REG. #237199
COMMONWEALTH OF VIRGINIA
MY COMMISSION EXPIRES DEC. 31, 2013
```