UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| COURTNEY A. FISHER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 3:10-cv-605 |
| | ) | |
| EQUIFAX INFORMATION SERVICES LLC, TRANS UNION LLC, and EXPERIAN INFORMATION SOLUTIONS, INC., | ) ) ) ) | |
| | ) | |
| Defendant. | ) | |

**AGREED MOTION FOR EXTENSION OF TIME
TO ANSWER OR RESPOND TO COMPLAINT**

COMES NOW Defendant Equifax Information Services LLC ("Equifax"), by counsel, and files this Agreed Motion for Extension of Time to Answer or Respond to Complaint as follows:

1. Plaintiff's Complaint was filed on August 25, 2010.

2. Equifax was served with the Complaint on September 27, 2010. Equifax's answer is due on October 18, 2010.

3. Equifax is still reviewing the allegations and conducting an investigation into the allegations in order to prepare its answer. Accordingly, Equifax respectfully requests an extension through and including November 15, 2010 within which to file its answer or other responsive pleading in this matter. Plaintiff agrees to this extension.

4. A proposed Consent Order will be hand delivered to the Court shortly.

WHEREFORE, Equifax respectfully requests that this motion be granted.

1

This 14th day of October, 2010.

                          EQUIFAX INFORMATION SERVICES LLC

                          /s/
                          John W. Montgomery, Jr.
                          Virginia State Bar No. 37149
                          Counsel for Equifax Information Services, LLC
                          MONTGOMERY & SIMPSON, LLP
                          2116 Dabney Road, Suite A-1
                          Richmond, Virginia 23230
                          Telephone: (804) 355-8744
                          Facsimile: (804) 355-8748
                          Email: jmontgomery@jwm-law.com

## **CERTIFICATE OF SERVICE**

I certify that on October 14, 2010, I electronically filed the foregoing with the Clerk of Court using the ECF system which will send notification of the filing to all counsel as listed below and that the non CM/ECF participants have been provided notice by United States Mail.

Jason Meyer Krumbein
Krumbein Consumer Legal Services Inc.
1650 Willow Lawn Dr Suite 300
Richmond, VA 23230

/s/
John W. Montgomery, Jr.
Virginia State Bar No. 37149
Counsel for Equifax Information Services, LLC
MONTGOMERY & SIMPSON, LLP
2116 Dabney Road, Suite A-1
Richmond, Virginia 23230
Telephone: (804) 355-8744
Facsimile: (804) 355-8748
Email: jmontgomery@jwm-law.com