UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| COURTNEY A. FISHER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 3:10-cv-605 |
| | ) | |
| EQUIFAX INFORMATION | ) | |
| SERVICES LLC, TRANS UNION LLC, | ) | |
| and EXPERIAN INFORMATION | ) | |
| SOLUTIONS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## CONSENT TO MOTION FOR EXTENSION OF TIME

Plaintiff consents to the extension of time to respond requested by defendant

Equifax Information Services, LLC, extending the deadline to November 15, 2010. An

appropriate order is circulating.

_____/s/_____

**Jason Meyer Krumbein, Esq, VSB#43538**
Krumbein Consumer Legal Services Inc.
1650 Willow Lawn Dr Suite 300
Richmond, VA 23230
804-673-4358
Fax: 804-673-4350
Email: KrumbeinLaw@gmail.com
COUNSEL FOR PLAINTIFF

1

ATL_IMANAGE-7419462.1

## <u>CERTIFICATE OF SERVICE</u>

I certify that I will file this document with the clerk of court, using the CM/ECF system, which will send a Notice of Electronic Filing (NEF) to all counsel of record


**John W. Montgomery, Esq. VSB#37149**
Montgomery & Simpson, LLP
2116 Dabney Rd.
Suite A-1
Richmond, VA 23230
804-355-8744
Fax: 804-355-8748
Email: :jmontgomery@jwm-law.com
COUNSEL FOR EQUIFAX INFORMATION SERVICES, LLC

And to the following NONFILING USERS:

    NONE


    /s/
**Jason Meyer Krumbein, Esq, VSB#43538**
Krumbein Consumer Legal Services Inc.
1650 Willow Lawn Dr Suite 300
Richmond, VA 23230
804-673-4358
Fax: 804-673-4350
Email: KrumbeinLaw@gmail.com
COUNSEL FOR PLAINTIFF

US1900 9166817.1
ATL_IMANAGE-7419462.1