UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**COURTNEY A. FISHER,**

    **Plaintiff,**

v.                                       Civil Action No.:  3:10-cv-605

**EQUIFAX INFORMATION SERVICES,
LLC,** *et al.*,

    **Defendants.**

**DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S
<u>FINANCIAL INTEREST DISCLOSURE STATEMENT</u>**

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for defendant, Experian Information Solutions, Inc., in the above captioned action, certifies that the following are parents, trusts, subsidiaries and/or affiliates of said party that have issued stock or debt securities to the public or publicly held entities that own ten percent or more of the stock of the said party:

> **<u>Experian plc is the parent company of Experian; (2) Experian plc owns 100 percent of Experian; (3) Experian plc is the only publicly-traded entity that directly or indirectly owns Experian; and (4) Experian plc is publicly traded on the London Stock Exchange.</u>**

-2-

**EXPERIAN INFORMATION SOLUTIONS, INC.**


By: /s/David N. Anthony
 David N. Anthony
 *Attorney for Experian Information Solutions, Inc.*
 Virginia State Bar No. 31696
 TROUTMAN SANDERS LLP
 1001 Haxall Point
 Richmond, Virginia 23219
 Telephone: (804) 697-5410
 Facsimile: (804) 698-5118
 Email: david.anthony@troutmansanders.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of October, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will then send a notification of such filing (NEF) to the following:

>Jason M. Krumbein
>1650 Willow Lawn Drive, Suite 300
>Richmond, VA 23230
>804-673-4358
>Fax: 804-673-4350
>Email: krumbeinlaw@gmail.com
>
>*Counsel for Plaintiff*
>
>John Willard Montgomery, Jr.
>Montgomery & Simpson, LLLP
>2116 Dabney Rd., Suite A-1
>Richmond, VA 23230
>Telephone: (804) 355-8744
>Email: jmontgomery@jwm-law.com
>
>*Counsel for Equifax Information Services, LLC*

>          /s/David N. Anthony
>David N. Anthony
>*Attorney for Experian Information Solutions, Inc.*
>Virginia State Bar No. 31696
>TROUTMAN SANDERS LLP
>1001 Haxall Point
>Richmond, Virginia  23219
>Telephone: (804) 697-5410
>Facsimile: (804) 698-5118
>Email:  david.anthony@troutmansanders.com

1988078v1

-3-