IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

COURTNEY A. FISHER,

    Plaintiff,

v.                                    Civil No. 3:10-cv-00605-JRS

EQUIFAX INFORMATION SERVICES, LLC
TRANSUNION, LLC
EXPERIAN INFORMATION SOLUTIONS, INC.

    Defendants.

## DEFENDANT TRANS UNION LLC'S MOTION FOR EXTENSION OF TIME TO FILE ITS ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

Trans Union LLC ("Trans Union"), one of the Defendants herein, by and through its attorney of record, pursuant to Fed.R.Civ.P. 6(b)(1) and Local Rule 7(F)(2)(b), files its Motion for Extension of Time to File its Answer or Otherwise Respond to Plaintiff's Complaint for reasons set forth in the accompanying memorandum in support. A proposed Agreed Order to be filed with the Clerk of Court is being circulated for endorsement by counsel for Plaintiff and Trans Union, a copy of which is attached hereto as Exhibit 1.

WHEREFORE, Trans Union respectfully requests that this Court enlarge the time for Trans Union to respond to Plaintiff's Complaint to November 15, 2010.

                                      /s/ _____
                                      Michael R. Ward
                                      Virginia State Bar #41133
                                      Attorney For Defendant Trans Union LLC
                                      Morris & Morris, P.C.
                                      PO Box 30
                                      Richmond, VA 23218-0030
                                      Phone (804) 344-8300
                                      Fax    (804) 344-8539
                                      mward@morrismorris.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 18 day of October, 2010, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to counsel of record registered to use the CM/ECF system in this action, as follows:

Jason Meyer Krumbein
Krumbein Consumer Legal Services Inc.
1650 Willow Lawn Dr Suite 300
Richmond, VA 23230
KrumbeinLaw@gmail.com
*Counsel for Plaintiff*

John Willard Montgomery, Jr.
Montgomery & Simpson, LLLP
2116 Dabney Rd, Suite A-1
Richmond, VA 23230
jmontgomery@jwm-law.com
*Counsel for Equifax*

David Neal Anthony
Troutman Sanders LLP
Troutman Sanders Bldg
1001 Haxall Point
PO Box 1122
Richmond, VA 23218-1122
david.anthony@troutmansanders.com
*Counsel for Experian*

I further certify that I will cause a copy of the foregoing Motion and corresponding NEF by electronic mail on the following non-filing user: None.

/s/
Michael R. Ward
Virginia State Bar #41133
Attorney For Defendant Trans Union LLC
Morris & Morris, P.C.
P.O. Box 30
Richmond, VA 23218-0030
Phone (804) 344-8300
Fax (804) 344-8539
mward@morrismorris.com

# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

COURTNEY A. FISHER,

    Plaintiff,

v.                                    Civil No. 3:10-cv-00605-JRS

EQUIFAX INFORMATION SERVICES, LLC
TRANSUNION, LLC
EXPERIAN INFORMATION SOLUTIONS, INC.

    Defendants.

## AGREED ORDER GRANTING DEFENDANT TRANS UNION LLC'S MOTION FOR EXTENSION OF TIME TO FILE ITS ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

Trans Union LLC ("Trans Union"), by and through its attorney of record, filed a Motion for Extension of Time to File its Answer or Otherwise Respond to Plaintiff's Complaint.

UPON CONSIDERATION WHEREOF, for good cause shown and by agreement of counsel for Courtney A. Fisher and Trans Union, it is hereby,

ORDERED, ADJUDGED, and DECREED that Trans Union's Motion for Extension of Time to File its Answer or Otherwise Respond to Plaintiff's Complaint be, and hereby is, GRANTED, and it is further,

ORDERED, ADJUDGED, and DECREED that Trans Union shall be GRANTED an extension of time until on or before November 15, 2010 to its Answer or otherwise respond to Plaintiff's Complaint.

The Clerk is directed to send a copy of this Order to counsel of record.

_____
HONORABLE JAMES R. SPENCER
UNITED STATES DISTRICT COURT JUDGE

WE ASK FOR THIS:

_____
Michael R. Ward
Morris & Morris, P.C.
PO Box 30
Richmond, VA 23218-0030
Phone: (804) 673-4358
Fax:    (804) 673-4350
mward@morrismorris.com
***Counsel for Trans Union, LLC***


SEEN AND CONSENTED TO:

_____
Jason Meyer Krumbein
Krumbein Consumer Legal Services Inc.
1650 Willow Lawn Dr Suite 300
Richmond, VA 23230
Phone: (804) 673-4358
Fax:    (804) 673-4350
KrumbeinLaw@gmail.com
***Counsel for Plaintiff***