UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| COURTNEY A. FISHER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>EQUIFAX INFORMATION )<br>SERVICES LLC, TRANS UNION LLC, )<br>and EXPERIAN INFORMATION )<br>SOLUTIONS, INC., )<br>)<br>Defendant. ) | Civil Action No. 3:10-cv-605 |

## CONSENT ORDER ON AGREED MOTION FOR EXTENSION OF TIME

This cause, having come before this Court on the Agreed Motion for Extension of Time to Answer or Respond to Complaint filed by Defendant Equifax Information Services LLC ("Equifax"), for an extension of time within which Equifax may answer, move or otherwise respond to Plaintiff's Complaint, through and including November 15, 2010, and Plaintiff having agreed to the extension, it is, therefore:

ORDERED that the motion is granted and Equifax shall have through and including November 15, 2010 within which to answer, move or otherwise respond to Plaintiff's Complaint.

SO ORDERED, this the 19 day of October, 2010.

/s/
James R. Spencer
Chief United States District Judge



CONSENTED TO BY:

_____
Jason Meyer Krumbein, Esq, VSB#43538
Krumbein Consumer Legal Services Inc.
1650 Willow Lawn Dr Suite 300
Richmond, VA 23230
804-673-4358
Fax: 804-673-4350
Email: KrumbeinLaw@gmail.com
COUNSEL FOR PLAINTIFF


I ASK FOR THIS:

_____
John W. Montgomery, Esq. VSB#37149
Montgomery & Simpson, LLP
2116 Dabney Rd.
Suite A-1
Richmond, VA 23230
804-355-8744
Fax: 804-355-8748
Email: :jmontgomery@jwm-law.com
COUNSEL FOR EQUIFAX INFORMATION SERVICES, LLC