

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

COURTNEY A. FISHER,

    Plaintiff,

v.                             Civil No. 3:10-cv-00605-JRS

EQUIFAX INFORMATION SERVICES, LLC
TRANSUNION, LLC
EXPERIAN INFORMATION SOLUTIONS, INC.

    Defendants.

## AGREED ORDER GRANTING DEFENDANT TRANS UNION LLC'S MOTION FOR EXTENSION OF TIME TO FILE ITS ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

Trans Union LLC ("Trans Union"), by and through its attorney of record, filed a Motion for Extension of Time to File its Answer or Otherwise Respond to Plaintiff's Complaint.

UPON CONSIDERATION WHEREOF, for good cause shown and by agreement of counsel for Courtney A. Fisher and Trans Union, it is hereby,

ORDERED, ADJUDGED, and DECREED that Trans Union's Motion for Extension of Time to File its Answer or Otherwise Respond to Plaintiff's Complaint be, and hereby is, GRANTED, and it is further,

ORDERED, ADJUDGED, and DECREED that Trans Union shall be GRANTED an extension of time until on or before November 15, 2010 to its Answer or otherwise respond to Plaintiff's Complaint.

The Clerk is directed to send a copy of this Order to counsel of record.

OCT 2 0 2010              /s/

                           James R. Spencer
                           Chief United States District Judge