RECEIVED



IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

2010 OCT 19 P 2:51

COURTNEY A. FISHER,

    Plaintiff,

v.     Civil No. 3:10-cv-00605-JRS

EQUIFAX INFORMATION SERVICES, LLC
TRANSUNION, LLC
EXPERIAN INFORMATION SOLUTIONS, INC.

    Defendants.

### AGREED ORDER GRANTING DEFENDANT TRANS UNION LLC'S MOTION FOR EXTENSION OF TIME TO FILE ITS ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

Trans Union LLC ("Trans Union"), by and through its attorney of record, filed a Motion for Extension of Time to File its Answer or Otherwise Respond to Plaintiff's Complaint.

UPON CONSIDERATION WHEREOF, for good cause shown and by agreement of counsel for Courtney A. Fisher and Trans Union, it is hereby,

ORDERED, ADJUDGED, and DECREED that Trans Union's Motion for Extension of Time to File its Answer or Otherwise Respond to Plaintiff's Complaint be, and hereby is, GRANTED, and it is further,

ORDERED, ADJUDGED, and DECREED that Trans Union shall be GRANTED an extension of time until on or before November 15, 2010 to its Answer or otherwise respond to Plaintiff's Complaint.

The Clerk is directed to send a copy of this Order to counsel of record.

OCT 2 5 2010

                              /s/
                      James R. Spencer
                      Chief United States District Judge

WE ASK FOR THIS:

_____
Michael R. Ward
Morris & Morris, P.C.
PO Box 30
Richmond, VA 23218-0030
Phone: (804) 673-4358
Fax:  (804) 673-4350
mward@morrismorris.com
*Counsel for Trans Union, LLC*

SEEN AND CONSENTED TO:

_____
Jason Meyer Krumbein
Krumbein Consumer Legal Services Inc.
1650 Willow Lawn Dr Suite 300
Richmond, VA 23230
Phone: (804) 673-4358
Fax:  (804) 673-4350
KrumbeinLaw@gmail.com
*Counsel for Plaintiff*