UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| COURTNEY A. FISHER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 3:10-cv-605 |
| | ) | |
| EQUIFAX INFORMATION | ) | |
| SERVICES LLC, TRANS UNION LLC, | ) | |
| and EXPERIAN INFORMATION | ) | |
| SOLUTIONS, INC., | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S NOTICE OF NON-CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

Defendant Equifax Information Services LLC ("Equifax"), pursuant to Fed. R. Civ. P. 73, hereby gives notice that it does not consent to trial before a magistrate judge in this case.

This 5th day of November, 2010.

/s/
John W. Montgomery, Jr.
Virginia State Bar No. 37149
Counsel for Equifax Information Services, LLC
Montgomery & Simpson, LLLP
2116 Dabney Road, Suite A-1
Richmond, VA 23230
Telephone (804) 355-8744
Facsimile (804) 355-8748
Email: jmontgomery@jwm-law.com

2

## CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of November, 2010, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Jason Meyer Krumbein
Krumbein Consumer Legal Services Inc.
1650 Willow Lawn Dr Suite 300
Richmond, VA 23230

/s/
John W. Montgomery, Jr.
Virginia State Bar No. 37149
Counsel for Equifax Information Services, LLC
Montgomery & Simpson, LLLP
2116 Dabney Road, Suite A-1
Richmond, VA 23230
Telephone (804) 355-8744
Facsimile (804) 355-8748
Email: jmontgomery@jwm-law.com