IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

COURTNEY A. FISHER,

    Plaintiff,

v.

EQUIFAX INFORMATION SERVICES, LLC
TRANSUNION, LLC
EXPERIAN INFORMATION SOLUTIONS, INC.

    Defendants.

**Civil No.**
**3:10-cv-00605-JRS**

## DEFENDANT TRANS UNION LLC'S
## FINANCIAL INTEREST DISCLOSURE STATEMENT

    1.    Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Defendant Trans Union LLC in the above captioned action, certifies that the following are parties in the partnerships, general or limited, or owners or members of non-publicly traded entities such as LLCs or other closely held entities: TransUnion Corp.

    2.    In accordance with Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Trans Union LLC hereby discloses to the Court as follows:

    a.    Trans Union LLC is wholly owned by TransUnion Corp., a Delaware Corporation.

    b.    No public company owns 10 percent or more of the stock in Trans Union LLC.

                        Respectfully submitted,

                        /s/
                        MICHAEL R. WARD
                        Virginia State Bar #41133
                        Attorney For Defendant Trans Union LLC
                        Morris & Morris, P.C.
                        P.O. Box 30
                        Richmond, VA 23218-0030
                        Phone  (804) 344-8300
                        Fax     (804) 344-8539
                        mward@morrismorris.com

DATED:  November 15, 2010.

## CERTIFICATE OF SERVICE

      I hereby certify that on the 15th day of November, 2010, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to counsel of record registered to use the CM/ECF system in this action, as follows:

Jason Meyer Krumbein
Krumbein Consumer Legal Services Inc.
1650 Willow Lawn Dr Suite 300
Richmond, VA 23230
804-673-4358
804-673-4350 (Fax)
KrumbeinLaw@gmail.com
*Counsel for Plaintiff*

John Willard Montgomery , Jr.
Montgomery & Simpson, LLLP
2116 Dabney Rd, Suite A-1
Richmond, VA 23230
(804) 355-8744
jmontgomery@jwm-law.com
*Counsel for Equifax*

David Neal Anthony
Troutman Sanders LLP
Troutman Sanders Bldg
1001 Haxall Point
PO Box 1122
Richmond, VA 23218-1122
804-697-5410
804-698-5118 (Fax)
david.anthony@troutmansanders.com
*Counsel for Experian*

      I further certify that I will cause a copy of the foregoing Motion and corresponding NEF by electronic mail on the following non-filing user: None.

                                                /s/
                                   MICHAEL R. WARD
Virginia State Bar #41133
Attorney For Defendant Trans Union LLC
Morris & Morris, P.C.
P.O. Box 30
Richmond, VA 23218-0030
Phone  (804) 344-8300
Fax     (804) 344-8539
mward@morrismorris.com
gkronenberg@morrismorris.com

3