UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

**COURTNEY A. FISHER,**

    Plaintiff,

v.                                                          Civil Action No.:  3:10-cv-605

**EQUIFAX INFORMATION SERVICES, LLC**, *et al.*,

    Defendants.

**NOTICE**

Defendant, Experian Information Solutions, Inc. ("Experian"), by counsel, hereby provides notice as requested by the Notice of Pretrial Conference entered by the Court on December 28, 2010, informing the Court of its unwillingness to proceed before the Magistrate Judge in this action.  This pleading is being filed with the Clerk more than two (2) business days before the scheduled pretrial conference on January 27, 2011 at 9:30 a.m.

                          **EXPERIAN INFORMATION SOLUTIONS, INC.**

                          By     /s/David N. Anthony
                               David N. Anthony
                               Virginia State Bar No. 31696
                               *Attorney for Experian Information Solutions, Inc.*
                               TROUTMAN SANDERS LLP
                               1001 Haxall Point
                               Richmond, Virginia  23219
                               Telephone No.: (804) 697-5410
                               Facsimile No.:  (804) 698-5118
                               Email:  david.anthony@troutmansanders.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 5th day of January, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will then send a notification of such filing (NEF) to the following:

>Jason Meyer Krumbein
>Krumbein Consumer Legal Services Inc.
>1650 Willow Lawn Dr Suite 300
>Richmond, VA 23230
>Telephone: 804-673-4358
>Fax: 804-673-4350
>Email: KrumbeinLaw@gmail.com
>*Counsel for Plaintiff*
>
>John Willard Montgomery , Jr.
>Montgomery & Simpson, LLLP
>2116 Dabney Rd., Suite A-1
>Richmond, VA 23230
>Telephone: (804) 355-8744
>Email: jmontgomery@jwm-law.com
>*Counsel for Equifax Information Services, LLC*
>
>Michael Robert Ward
>Morris & Morris PC
>700 East Main Street, Suite 1100
>PO Box 30
>Richmond, VA 23218
>Telephone: (804) 344-8300
>Fax: 804-344-8359
>Email: mward@morrismorris.com
>*Counsel for Transunion, LLC*

>/s/David N. Anthony
>David N. Anthony
>Virginia State Bar No. 31696
>*Attorney for Experian Information Solutions, Inc.*
>TROUTMAN SANDERS LLP
>1001 Haxall Point
>Richmond, Virginia  23219
>Telephone No.: (804) 697-5410
>Facsimile No.: (804) 698-5118
>Email: david.anthony@troutmansanders.com

2014212v1